MARY'S OPINION HEADING 




 NO. 12-02-00347-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




HERMAN SLAUGHTER,
§
 APPEAL FROM THE THIRD

APPELLANT



V.
§
 JUDICIAL DISTRICT COURT OF


TEXAS DEPARTMENT OF

CRIMINAL JUSTICE - INSTITUTIONAL

DIVISION, ET AL.,
§
 HOUSTON COUNTY, TEXAS

APPELLEES






PER CURIAM


 This pro se appeal is being dismissed for failure to comply with the Texas Rules of Appellate
Procedure. Tex. R. App. P. 42.3(c). The judgment in the instant case was signed on October 24,
2002. Thereafter, on November 21, 2002, Appellant filed a notice of appeal which failed to contain
the information required by Rule 25.1(e), i.e. a certificate of service showing service on all parties
to the trial court's judgment. 

 On November 27, 2002, Appellant was notified pursuant to Tex. R. App. P. 37.1 that the
notice of appeal was defective for failure to comply with Rule 25.1(e). He was further notified that
unless he filed a corrected notice of appeal on or before December 27, 2002, the appeal would be
referred to the court for dismissal. Tex. R. App. P. 42.3. 

 As of December 31, 2002, Appellant has neither corrected his defective notice of appeal nor
responded to this court's notice. Therefore, this appeal is dismissed for failure to comply with the
Texas Rules of Appellate Procedure. Tex. R. App. P. 42.3(c).

Opinion delivered December 31, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.

(DO NOT PUBLISH)